1
2 Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
3 700 Broadway
New York, New York 10003
4 Telephone: 212-558-5000
Facsimile: 212-344-5461
5 Attorneys for Plaintiffs
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11
12 This Document Relates to:                    )
                                                )
13 *Grant Kiser v. Pfizer Inc, et al.*          )  **MDL NO. 1699**
   *(06-6118 CRB)*                              )  **District Judge:  Charles R. Breyer**
14                                              )
   *Connie Friedman-May, et al. v. Pfizer Inc, et* )
15 *al.*                                        )
   *(06-6119 CRB)*                              )
16                                              )  **STIPULATION AND ORDER OF**
   *Noralynn Roman, et al. v. Pfizer Inc, et al.* )  **DISMISSAL WITH PREJUDICE**
17 *(06-6120 CRB)*                              )
                                                )
18 *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* )
   *(06-6121 CRB)*                              )
19                                              )
   *Robert McCarrell v. Pfizer Inc, et al.*     )
20 *(06-6124 CRB)*                              )
                                                )
21 *Doris Hocker v. Pfizer Inc, et al.*         )
   *(06-6129 CRB)*                              )
22                                              )
   *Patricia Rogers v. Pfizer Inc, et al.*      )
23 *(06-6130 CRB)*                              )
                                                )
24 *Robert Bates, et al. v. Pfizer Inc, et al.* )
   *(06-6131 CRB)*                              )
25                                              )
   *Patrick Lynch v. Pfizer Inc, et al.*        )
26 *(06-6132 CRB)*                              )
                                                )
27 *Christine Sullivan, et al. v. Pfizer Inc, et al.* )
   *(06-6157 CRB)*                              )
28                                              )

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.*  (06-6158 CRB) |
| 2 | |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.*  (06-6161 CRB) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.*  (06-6165 CRB) |
| 5 | |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.*  (06-6166 CRB) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.*  (06-6168 CRB) |
| 8 | |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.*  (06-6169 CRB) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.*  (06-6171 CRB) |
| 11 | |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.*  (06-6173 CRB) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.*  (06-6180 CRB) |
| 14 | |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.*  (06-6186 CRB) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.*  (06-6190 CRB) |
| 17 | |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.*  (06-6091 CRB) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.*  (06-6194 CRB) |
| 20 | |
| 21 | *Terry Smith v. Pfizer Inc, et al.*  (06-6195 CRB) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.*  (06-6196 CRB) |
| 23 | |
| 24 | *Barbara Hall v. Pfizer Inc, et al.*  (06-6197 CRB) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.*  (06-6198 CRB) |
| 26 | |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.*  (06-6199 CRB) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* |

-2-

EAST\42584625.1

| | | |
|---|---|---|
| 1 | (06-6200 CRB) | ) |
| 2 | *Louis Pratt v. Pfizer Inc, et al.* (06-6201 CRB) | ) ) |
| 3 | | ) |
| 4 | *Paul Madison v. Pfizer Inc, et al.* (06-6202 CRB) | ) ) |
| 5 | *Nancy Smith, et al. v. Pfizer Inc, et al.* (06-6203 CRB) | ) ) |
| 6 | | ) |
| 7 | *Walter Johnston v. Pfizer Inc, et al.* (06-6204 CRB) | ) ) |
| 8 | *Murry McEwen v. Pfizer Inc, et al.* (06-6205 CRB) | ) ) |
| 9 | | ) |
| 10 | *Charles Grififn, et al. v. Pfizer, Inc, et al.* (06-6206 CRB) | ) ) |
| 11 | *Debbie Dethrage v. Pfizer Inc, et al.* (06-6207 CRB) | ) ) |
| 12 | | ) |
| 13 | *Thomas Saunders, et al. v. Pfizer Inc, et al.* (06-6208 CRB) | ) ) |
| 14 | *Rex McDonald v. Pfizer Inc, et al.* (06-6210 CRB) | ) ) |
| 15 | | ) |
| 16 | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.* (06-6211 CRB) | ) ) |
| 17 | *Marjory Goodwin v. Pfizer Inc, et al.* (06-6212 CRB) | ) ) |
| 18 | | ) |
| 19 | *Joy Glenn, et al. v. Pfizer Inc, et al.* (06-6213 CRB) | ) ) |
| 20 | *Connie Henderson, et al. v. Pfizer Inc, et al.* (06-6283 CRB) | ) ) |
| 21 | | ) |
| 22 | *Aubrey Richardson, et al. v. Pfizer Inc, et al.* (06-7201 CRB) | ) ) |
| 23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.* (06-7202 CRB) | ) ) |
| 24 | | ) |
| 25 | *Jacques Tetrault, et al. v. Pfizer Inc, et al.* (06-7203 CRB) | ) ) |
| 26 | *Patricia Stevens v. Pfizer Inc, et al.* (06-7204 CRB) | ) ) |
| 27 | | ) |
| 28 | *Robert Jennings, et al. v. Pfizer Inc, et al.* (06-7205 CRB) | ) ) |

-3-

1  *Alice Richardson, et al. v. Pfizer Inc, et al.*  )
2  (06-7206 CRB)  )
   )
3  *Steve Pardikes v. Pfizer Inc, et al.*  )
   (06-7306 CRB)  )
4  )
   *Rosalyn Chute v. Pfizer Inc, et al.*  )
5  (06-7381 CRB)  )
   )
6  *Carolyn Carter v. Pfizer Inc, et al.*  )
   (06-7570 CRB)  )
7  )
   *Margoth Gonzalez v. Pfizer Inc, et al.*  )
8  (06-7571 CRB)  )
   )
9  *Albert Blossom, et al. v. Pfizer Inc, et al.*  )
   (06-7676 CRB)  )
10  )
    *Viola Porter v. Pfizer Inc, et al.*  )
11  (06-7882 CRB)  )
    )
12  *Tami McKibben, et al. v. Pfizer Inc, et al.*  )
    (06-7883 CRB)  )
13  )
    *Joyce Matson, et al. v. Pfizer Inc, et al.*  )
14  (06-7958 CRB)  )
    )
15  *Michael Gatz, v. Pfizer Inc, et al.*  )
    (06-7959 CRB)  )
16  )
    *Shamela Carr v. Pfizer Inc, et al.*  )
17  (07-0022 CRB)  )
    )
18  *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*  )
    (07-0023 CRB)  )
19  )
    *Debi Sweet v. Pfizer Inc, et al.*  )
20  (07-0231 CRB)  )
    )
21  *Clarence Bridges v. Pfizer Inc, et al.*  )
    (07-0413 CRB)  )
22  )
    *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*  )
23  (07-0611 CRB)  )
    )
24  *Jeffrey Howard, et al. v. Pfizer Inc, et al.*  )
    (07-0816 CRB)  )
25  )
    *Brenda Brunson, et al. v. Pfizer Inc, et al.*  )
26  (07-1280 CRB)  )
    )
27  *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* )
    (07-1353 CRB)  )
28

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* )<br>(07-1432 CRB) ) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* )<br>(07-1570 CRB) ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* )<br>(06-6815 CRB) ) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* )<br>(07-1991 CRB) ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* )<br>(07-1992 CRB) ) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* )<br>(07-2630 CRB) ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* )<br>(07-2690 CRB) ) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* )<br>(07-2691 CRB) ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* )<br>(07-2692 CRB) ) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* )<br>(07-3284 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2584625.1

1    DATED: _10-29_, 2009    By: _____

2

3                                      **WEITZ & LUXENBERG, PC**
                                       700 Broadway
4                                      New York, New York 10003
                                       Telephone: 212-558-5000
5                                      Facsimile: 212-344-5461

6                                      *Attorneys for Plaintiffs*

7    DATED: Nov. 2, 2009    By: _____

8                                      **DLA PIPER LLP (US)**
9                                      1251 Avenue of the Americas
                                       New York, New York 10020
10                                     Telephone: 212-335-4500
                                       Facsimile: 212-335-4501

11                                     *Defendants' Liaison Counsel*

12

13

14   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
15   **IT IS SO ORDERED.**

16

17   Dated: **NOV 1 3 2009**    _____
                                Hon. Charles R. Breyer
18                              United States District Court

19

20

21

22

23

24

25

26

27

28

                                       -6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1